# EXHIBIT B
# TO
# COMPLAINT FOR
# DECLARATORY JUDGMENT

M/V "BBC KIBO "
Capt. Harald Weyrich
Esbjerg, the 13th February 2012

    Briese Schiffahrts GmbH & Co.KG MS "Polder"
c/o  Briese Schiffahrts GmbH& CO.KG        Phone +49 491 92520-0
    Hafenstr.12 / 26789 Leer –Germany        Fax    +49 421 92520 25
                                                Email   info@briese.de

### SEA - PROTEST

I the undersigned Harald Weyrich, Master of the MV *BBC Kibo*, Call Sign V2FQ5, G.R.T. 8255, N.R.T.3966, Port of Registry St.John's, IMO No. 9508421, Flag of Antigua & Barbuda, sailed from the Port of Argentia on the 01st day of February 2012 with 4241.82 mt of General Cargo loaded in the Ports of Longview-USA, Houston-USA and Veracruz-Mexico bound for the ports of Esbjerg-Denmark where she arrived on the12th day of February 2012 ,Aberdeen-England and Verdal-Norway.

The vessel was seaworthy, properly manned, well equipped and prepared for the voyage in all respect. The cargo was properly stowed, protected, chocked, secured and lashed according to cargo securing manual and good seaman's practice.

All cargo was checked before sailing by the ships Officer and approved by the Cargo Surveyor.

En route to the port of Esbjerg the cargo was continuously checked by her crew.

Fearing that notwithstanding all measures of good seamanship were taken by me and my crew some loss or damage might be caused to the said ship or her cargo or some other property on board by reason of below:

During her voyage in the North Atlantic from Argentia to Esbjerg, the vessel was under advice of a routing service, between 01st and the 10th of February 2012, the vessel starts rolling and pitching when she encountered storm wind forces up to 10 and swell up to 9 m high.

Within a daily routine check by the crew of the cargo securing they found on the tween-deck in hold#1 one broken eye at the unit no.72, cargo bound for Verdal. At this eye we had a lashing chain fitted.Due to the fact that we lost the lashing point the loose end was sliding on top of the Tweedeck and  left deep notches.
At the other side of the same unit a hydraulic pipe found damage.
On top of above (Unit 72),unit no.122 was stowed ( 5 pcs in one unit) and due to the sliding of no.72 the lashing of the unit 122 broke and 1 pcs fell down.
Found as well a lashing eye broken on unit 62

I hereby note my protest against any claim by all persons or person whom it shall or may concern and declare that all and every loss and/or damage sustained by the ship and/or cargo or any other property on board in consequence of or related to the aforesaid – so far known but not limited to - are and shall be born by those who, according to the laws and customs of the sea shall bear the consequences thereof.
I reserve the right to extend the same at any time and place convenient.


Esbjerg, the 13th day of February 2012


Master of the MV "BBC Kibo"